# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Robinson,<br><br>             Plaintiff,<br><br>v.<br><br>Enhanced Recovery Company LLC,<br><br>             Defendant. | No. CV-16-01430-PHX-ROS<br><br>**ORDER** |

The Court has reviewed Plaintiff's Notice of Voluntary Dismissal. Defendant filed an answer in this case on July 15, 2016, therefore, Plaintiff cannot voluntarily dismiss this case pursuant to Fed. R. Civ. P. 41(a)(1)(A).  The Court will construe Plaintiff's filing as a request pursuant to Rule 41(a)(2) and dismiss this case with prejudice.

Accordingly,

**IT IS ORDERED** this case is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

Dated this 14th day of September, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge